**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALYCIN RIDLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA; and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. 2:22-cv-08860-MCS-PVC<br><br>**JUDGMENT** |

1

| | |
|---|---|
| 1 | Pursuant to the Court's Order Re: Motion for Summary Judgment, it is ordered, adjudged, and decreed that the Complaint is dismissed. Judgment is entered in favor of Defendant United States of America and against Plaintiff Alycin Ridley. Plaintiff shall take nothing from this action. |

**IT IS SO ORDERED.**

Dated: January 29, 2024

*Mark C. Scarsi*
_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

2